AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:12-cr-024 (1) |
| | ) | |
| The Scotts Miracle-Gro Company | ) | |
| Defendant | ) | |

FILED
TIME:
FEB 21 2012
JAMES BONINI, Clerk
COLUMBUS, OHIO

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/21/2012

_____, Secretary, SMG
*Defendant's signature*

_____
*Signature of defendant's attorney*

Steven P. Solow/Stephpen G. Sozio
*Printed name of defendant's attorney*

_____
*Judge's signature*

Terence P. Kemp, U.S. Magistrate
*Judge's printed name and title*